

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00320-CV

IN THE ESTATE OF GLENN C.
EASLEY, DECEASED

------------

## FROM PROBATE COURT NO. 1 OF TARRANT COUNTY
## TRIAL COURT NO. 2013-PR00702-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On January 26, 2015, and February 25, 2015, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal

---

[1]*See* Tex. R. App. P. 47.4.

filed with the court within ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DELIVERED: March 19, 2015